UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIERRE ARTEAGA,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>    Respondents. | Case No. 07 cv 1626 BEN (CAB)<br><br>ORDER GRANTING **EX PARTE** REQUEST FOR RE-SETTING OF BRIEFING SCHEDULE |

Having considered the Government's **EX PARTE** REQUEST FOR RE-SETTING OF BRIEFING SCHEDULE in this 28 U.S.C. §2241 habeas action. For good cause shown. **IT IS HEREBY ORDERED** the *ex parte* request is **GRANTED**. **IT IS FURTHER ORDERED** that on or before **September 28 2007**, the Government shall serve and file a return and on or before **October 28, 2007**, Petitioner may serve and file a Traverse. Upon receipt of the Traverse, or upon expiration of the deadline to file a Traverse, the matter will be taken under submission for decision on the papers, absent further order of the court.

**IT IS SO ORDERED.**

DATED: September 6, 2007

_____
Hon. Roger T. Benitez
United States District Judge